```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY S. KROGER, Bar # 258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
DANNY STEPHENS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 5:10-CR-00021 JLT |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE SENTENCING HEARING AND TO SET SENTENCING **IN BAKERSFIELD** [PROPOSED] ORDER THEREON |
| v. ) | |
| ) | |
| DANNY STEPHENS, ) | |
| ) | Date:  April 5, 2011 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Place: Bakersfield, Courtroom |
|  | Dept : Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL S. HARRISON, Special Assistant United States Attorney, counsel for plaintiff, and JEREMY S. KROGER, Assistant Federal Defender, counsel for defendant, DANNY STEPHENS, that the date for sentencing hearing in this matter may be continued to April 5, 2011, at 9:00 a.m., or the soonest date thereafter that is convenient to the Court, and that the sentencing hearing be set in Bakersfield.  **The date currently set for sentencing is March 10, 2011.  The requested new date is April 5, 2011, at 9:00 a.m.**

This requested continuance will allow the Assistant Federal Defender to consolidate his trips to Bakersfield and thereby avoid unnecessary public expense.

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded as necessary in
2    the interests of justice and for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 18, 2011        By /s/ Daniel S. Harrison
                                    DANIEL S. HARRISON
                                    Special Assistant United States Attorney
                                    Attorney for Plaintiff


                                                DANIEL J. BRODERICK
                                                Federal Defender

DATED: February 18, 2011        By /s/ Jeremy S. Kroger
                                    JEREMY S. KROGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Danny Stephens


## **O R D E R**

**IT IS SO ORDERED.** That the sentencing now set for March 10, 2011, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston, at Edwards Air Force Base, be continued to April 5, 2011, at 9:00 a.m., before Magistrate Judge Jennifer L. Thurston, at the Bakersfield Court. The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).


IT IS SO ORDERED.

Dated:  **February 18, 2011**                          **/s/ Jennifer L. Thurston**
                                                   UNITED STATES MAGISTRATE JUDGE

Stephens/Stip to Continue Sentencing
and to Move Hearing to Bakersfield
and Order                                    2